**Perkowski**
LEGAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/12/2026___

May 11, 2026

**By ECF**

Hon. Analisa Torres
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

Re:  *Ontiveros-Gima v. Romeo Hunte LLC*, 26 Civ. 2098 (AT)
    **Request to Extend Deadlines to Submit Proposed CMP and Scheduling Order**

Your Honor:

This firm represents plaintiff Richard Ontiveros-Gima in the above-referenced matter. In accordance with Rule 1.C of the Court's Individual Practices, Mr. Ontiveros-Gima respectfully requests that deadline to submit a joint letter and joint proposed Case Management Plan and Scheduling Order be extended by 45 days, from May 18, 2026, to July 2, 2026. (*See* Initial Pretrial Scheduling Order, ECF 9.)

The reasons for this request are as follows: it has been difficult to find a physical address to serve defendant. Defendant's entity information on file at the Division of Corporations of the New York Department of State appears out-of-date by over ten years. Research conducted using publicly available sources revealed a possible physical address in Long Island City, but it was discovered to be not valid. Accordingly, service was effected through personal service on the New York Secretary of State on May 1, 2026. Defendant has not yet responded to the complaint, though its deadline to do so has not yet passed. And undersigned counsel has not been contacted by counsel for defendant or any agent. An extension of time to submit joint pre-trial scheduling documents would allow the process to play out.

Plaintiff has been unable to obtain defendant's consent on this request because defendant has not appeared, and plaintiff's counsel does not have reliable contact information for the named entity.

There have been no previous extensions or adjournments, nor any requests to extend or adjourn. A scheduling order has not yet issued, so this request will not affect any other deadlines in the case.

Very respectfully,

/s/ *Peter Perkowski*

Peter E. Perkowski
Counsel for Plaintiff

GRANTED.

SO ORDERED.

Dated:  May 12, 2026
    New York, New York

_____
ANALISA TORRES
United States District Judge