UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
                                      :

RICHARD ONTIVEROS-GIMA,         :   No. 26 Civ. 2098 (AT)

         *Plaintiff*,         :

v.                                 :

ROMEO HUNTE LLC,            :

         *Defendant*.      :

------------------------------------------- x

## CLERK'S CERTIFICATE OF DEFAULT

I, TAMMI L. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 14, 2026, with the filing of a complaint. On May 1, 2026, a copy of the summons and complaint were served on defendant Romeo Hunte LLC by personally serving Domonique Bumpu, a clerk in the office of the New York Secretary of State, Division of Corporations. A proof of service was filed on May 11, 2026. ECF 10. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint in this action. The default of defendant Romeo Hunte LLC is hereby noted.

Dated: New Yor, New York       TAMMI L. HELLWIG
     July 6, 2026            Clerk of Court

By: _____
                   Deputy Clerk

1