USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ONTIVEROS-GIMA,

Plaintiff,

-against-

ROMEO HUNTE LLC,

Defendant.

26 Civ. 2098 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant having failed answer or otherwise respond to the complaint, it is ORDERED that Plaintiff move for a default judgment in accordance with Attachment A of the undersigned's Individual Practices in Civil Cases by **August 3, 2026**. Failure to comply with this order may result in dismissal of this action for failure to prosecute.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge