USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ONTIVEROS-GIMA,

Plaintiff,

-against-

ROMEO HUNTE LLC,

Defendant.

26 Civ. 2098 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 25, 2026, the Court directed Plaintiff to serve a copy of its Order to Show Cause on Defendant. *See* ECF No. 23. Plaintiff sent a copy of the Order to Show Cause and supporting documents to Defendant by U.S Priority Mail. *See* ECF Nos. 24–25.

Plaintiff must serve corporate Defendants by personal service or first-class mail and service on the Secretary of State pursuant to N.Y. Business Corp. Law § 306. Accordingly:

1. By **November 4, 2026**, Plaintiff is directed to serve the Order to Show Cause and supporting documents on Defendant in accordance with these instructions, and to file an updated certificate of service on the docket.
2. By **November 25, 2026**, Defendant shall respond to Plaintiff's motion.
3. **December 9, 2026**, Plaintiff shall file his reply, if any.

The show cause hearing currently scheduled for November 2, 2026, is hereby adjourned to **January 11, 2027**, at **2:00 p.m**.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ANALISA TORRES
United States District Judge